EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (Cal. Bar #310120)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4493
    Facsimile: (213) 894-7177
    E-mail: Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>    v. <br><br>$147,862.00 IN U.S. CURRENCY, <br><br>    Defendant. | No. CV 16-2108-JFW (SSx) <br><br> CONSENT JUDGMENT |
| JASON VILLAMAR RUIZ, <br><br>    Claimant. | |

    This action was filed on March 29, 2016 against the defendant $147,862.00 in U.S. Currency ("defendant currency"). Jason Villamar Ruiz ("Ruiz") filed a claim and answer on July 4, 2016. No person other than Ruiz is believed to have an interest therein. Notice has been given and published in accordance with law. No other claims or answers have been filed, and the time for filing claims and answers has expired. Plaintiff United States of America and Ruiz have reached an agreement that is

dispositive of the action and have requested that this consent judgment be entered. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Ruiz.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.  The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

C.  Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than Ruiz are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D.  $10,000.00 of the defendant currency shall be returned to Ruiz without interest and shall be paid to Ruiz no later than sixty 60 days of the date this Judgment is entered or the date Ruiz provides the information described below, whichever is later. If the United States elects to make the payment by check, the check will be payable to "David M. Dudley, Client Trust Account."  If the United States elects to make the payment by wire transfer, the funds will be wire transferred to David M. Dudley, Client Trust Account.  Ruiz agrees to provide the necessary bank account information and personal identifiers for Mr. Dudley's trust account upon request from the United States.

E.  The United States of America shall have judgment as to the remaining $137,862 of the defendant currency, together with all interest earned by the government on the full amount of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein.

F.  Ruiz agrees to waive any and all attorney fees and costs, and waives any rights he may have to petition for remission or mitigation of any portion of the forfeited funds.

G.     Ruiz has released the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation, any petitions for remission, which Ruiz hereby withdraws), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Ruiz, whether pursuant to 28 U.S.C. § 2465 or otherwise.

///
///
///

H.   The Court finds that there was reasonable cause for the institution of these proceedings.  This Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: October 12, 2016

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: October 11, 2016

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

       /s/
_____
CHRISTEN A. SPROULE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: October 7, 2016

       /s/
_____
DAVID M. DUDLEY, ESQ.

Attorney for Claimant
JASON VILLAMAR RUIZ

DATED: October 4, 2016

       /s/
_____
JASON VILLAMAR RUIZ

Claimant

4